UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| NORWICH FREE ACADEMY, | : | |
| Defendant | : | July 26, 2010 |

## MOTION FOR PROTECTIVE ORDER TO FILE COMPLAINT UNDER FICTITIOUS NAME AND MOTION TO SEAL

Plaintiff Jane Doe respectfully moves, pursuant to Fed. R. Civ. P. 5.2, for a protective order to grant the use of a pseudonym in filing her complaint, and moves to file the true name complaint under seal, pursuant to Local Rule 5(e).

In support of these Motions, plaintiff relies on the attached Memorandum of Law.

PLAINTIFF, JANE DOE

By:___/s/_____
Barbara E. Gardner, CT07623
843 Main Street, Suite 1-4
Manchester, CT 06040
Tel. (860) 643-5543
Fax. (860) 645-9554
Bg@bgardnerlaw.com